IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00944-EWN-MJW

KD KANOPY, INC.,

Plaintiff(s),

v.

NORSTAR INTERNATIONAL, INC., et al.,

Defendant(s).

---

MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J.  WATANABE

It is hereby ORDERED that the Joint Motion to Vacate and Reset Preliminary Pretrial Conference, filed with the Court on January 3, 2006, (DN 21), is GRANTED as follows:

a.  The Preliminary Pretrial Conference set on January 6, 2006, at 9:00 a.m., is VACATED.  However, the Court will not reset this matter during the time frame requested by the parties.  This court understands that discovery will not be completed by the preliminary pretrial conference date; and,

b.  The Preliminary Pretrial Conference is reset on January 27, 2006, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their proposed preliminary pretrial order on or before January 20, 2006.

Date:  January 4, 2006