IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-944-EWN-MJW

KD KANOPY, INC.,

        Plaintiff,

v.

NORSTAR INTERNATIONAL, INC., et al.,

        Defendants.

---

### [PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER

---

The Court having considered the *Stipulated Motion to Amend Scheduling Order*, filed on January 20, 2006, it is

ORDERED that:

(1) the deadline for designation of experts and expert reports under Rule 26(a)(2) is extended to February 22, 2006;

(2) the close of fact discovery is extended to February 24, 2006; and

(3) the deadline for designation of rebuttal experts and Rule 26(a)(2) reports is extended to March 22, 2006.

Dated this 27th day of January, 2006.

_____
Michael J. Watanabe
United States Magistrate Judge