IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00944-EWN-MJW

KD KANOPY, INC.,

Plaintiff(s),

v.

NORSTAR INTERNATIONAL, INC., et al.,

Defendant(s).

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that the Plaintiff's Motion for Protective Order (docket no. 36) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraph 12(a) and made an Order of Court.

Date: February 17, 2006