IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-~~944~~/00/944-EWN-MJW

KD KANOPY, INC.

        Plaintiff

NORSTAR INTERNATIONAL, INC., et al

        Defendants.

( Docket no 40 )

~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

The Court having considered the *Joint Motion to Amend Scheduling Order*, filed on February 22, 2006, it is ORDERED that:

(1)     the deadline for designation of experts and expert reports under Rule 26(a)(2) is extended to March 8, 2006;

(2)     the close of fact discovery is extended to March 24, 2006;

the deadline for designation of rebuttal experts and Rule 26(a)(2) reports is extended to April 5, 2006; and

(4)     the close of expert discovery is extended to April 21, 2006.

Dated this 24th day of February, 2006.

/s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge