**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:   05-cv-00944-EWN-MJW

KD Kanopy, Inc.,
a Colorado corporation

       Plaintiff,

v.

Norstar International, Inc., a
California corporation; Captain
Canopy & Company, LLC d/b/a
 Norstar Canopy of Colorado, a
Colorado Limited Liability Company;
and Event Promotion Supply, Inc., a
Colorado corporation

       Defendants.

---

**CONSENT ORDER INCLUDING PERMANENT INJUNCTION**

---

On the consent of KD Kanopy, Inc. and Event Promotion Supply, Inc., as stipulated and endorsed herein, it is hereby

***ORDERED, ADJUDGED, AND DECREED*** on the Complaint filed in this action as follows:

1.    Plaintiff, KD Kanopy, Inc. ("KDK") instituted this action for patent infringement, *inter alia*, against Defendant Event Promotion Supply, Inc. ("EPS"). KDK and EPS consent to entry of this Consent Order Including Permanent Injunction providing for the resolution of all claims and causes of actions asserted, or which could have been asserted, by KDK against EPS and all

1

affirmative defenses and counterclaims asserted, or which could have been asserted, by EPS against KDK relating to the issues raised in this litigation as of the date of execution of the Litigation Settlement Agreement.

2. The Court has jurisdiction over KDK and EPS, as well as the subject matter of this litigation.

3. KDK is the owner of United States Letters Patent No. 5,244,001 to Lynch (the "'001 Patent), entitled "Collapsible Canopy Framework Having Captured Scissor Ends With Non-Compressive Pivots."  A true and correct copy of the '001 Patent is attached hereto as Exhibit A.  The '001 Patent is presumed valid and enforceable.

4. KDK asserts that EPS has directly infringed the '001 Patent, by using, selling, offering for sale, and/or advertising, a product known as the Norstar Instant Canopies (the "Norstar Canopies") as identified in KDK's Complaint and that are as shown in the photograph attached hereto as Exhibit B. While EPS does not admit such infringement, EPS does not wish to contest such assertion and no longer wishes to be a party to this action.

**ACCORDINGLY, IT IS ORDERED** that:

A. Until the expiration of the '001 Patent, EPS, and all officers, directors, shareholders, assigns and all other persons acting or purporting to act, directly or indirectly in concert with them or on their behalf, and all other persons in active concert or participation with any of them having actual notice of this order are hereby restrained and enjoined from the unauthorized making, using, selling,

offering for sale, import or distribution of the Norstar Canopies shown in Exhibit B attached hereto, or any colorable imitation thereof in the United States.

1. Plaintiff, KDK, and Defendant, EPS shall each bear its own costs, expenses, and attorneys' fees as to each other in this litigation.

2. The Court retains jurisdiction herein for the purpose of supervising and/or modifying this Consent Order Including Permanent Injunction.

Dated this 20th day of September, 2006.

**By the Court:**

s/ Edward W. Nottingham
Edward W. Nottingham
United States District Judge

**Approved as to Form:**

By: s/Timothy J. Martin
Timothy J. Martin
***Martin & Henson, PC***
9250 West Fifth Avenue, Suite 200
Lakewood, Colorado  80226
(303) 232-3388
tmartin@martinhenson.com

Counsel for Plaintiff,
*KD Kanopy, Inc.*

By: s/Robert R. Brunelli
Robert R. Brunelli
rbrunelli@sheridanross.com
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO  80202
303/863-9700

Counsel for Defendant Event Promotion Supply, Inc.

3