IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00944–EWN–MJW

KD KANOPY, INC., a Colorado corporation

    Plaintiff,

v.

NORSTAR INTERNATIONAL, INC., a California corporation,
and
CAPTAIN CANOPY & COMPANY, LLC d/b/a Norstar Canopy of
Colorado, a Colorado Limited Liability Company,

    Defendants.

## ORDER SETTING FINAL PRETRIAL CONFERENCE

It appears that all substantive and/or dispositive matters have been resolved in this case and that the matter can be set for further pretrial and trial proceedings. Accordingly, it is

**ORDERED** as follows:

1. The court will hold a Final Pretrial Conference commencing at 9:00 o'clock am. on April 20, 2007, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which can be downloaded from the court's web site, specifically http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific template

located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd.  These specific web addresses should be used to insure that the proper format is observed.

  Dated this 26th day of January, 2007.

            BY THE COURT:

            s/ Edward W. Nottingham
            EDWARD W. NOTTINGHAM
            United States District Judge